IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| NANCY MORROW, individually, ALVIN RUSSELL MOON, individually and as the personal representative of the ESTATE OF AUSTIN RUSSELL MOON and Next Friend of C.D., a minor child; and CHRISTA DONAHUE, as next friend of A.D., a minor child <br><br> PLAINTIFFS <br><br> v. <br><br> JONATHAN MEACHUM, in his individual capacity; and EASTLAND COUNTY, TEXAS <br><br> DEFENDANTS | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:16-CV-00118-BL |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs' file this Motion for Leave to File a Sur-Reply to Defendants' Reply to Plaintiffs' Brief in Opposition to Defendants' Motion for Summary Judgment and would show the court as follows:

1. On February 17, 2017, Defendants filed Defendants' Motion for Summary Judgment and Brief in Support.

2. On March 10, 2017, Plaintiffs' filed Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment and Brief in Support.

3. On March 29, 2017, Defendants filed Defendants' Reply to Plaintiff's Brief in Opposition to Defendants' Motion for Summary Judgment.

4. Plaintiffs' now move for leave to file a Sur-Reply to Defendants' Reply to Plaintiff's Brief in Opposition. The purpose of the Sur-Reply is for Plaintiffs' to provide additional arguments in response to Defendants' Reply Brief. Plaintiffs' are not introducing any new evidence in the Sur-Reply except a declaration in response to Defendants' new contentions about discovery.

5. Counsel for Plaintiffs and Defendants have conferred and this motion is unopposed.

6. The Sur-Reply is attached to this Motion as Exhibit "A."

          Respectfully submitted,

    */s/ Greg Allen*
**Greg Allen**
State Bar No. 01033350
Email: greg@gregallenlaw.com
**W. Cole Thompson**
 State Bar No. 24098515
 Email: cole@gregallenlaw.com

**ALLEN LAW FIRM**
P.O. Box 700
Abilene, TX 79604
Tel.    325-437-2424
Fax.   325-437-3837

**LEAD COUNSEL**

  */s/ Jeff Edwards*
**Jeff Edwards**
State Bar No. 24014406
Email: jeff@edwards-law.com
**Scott Medlock**
State Bar No. 24044783
Email: scott@edwards-law.com

**EDWARDS LAW**
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
Tel.    512-623-7727
Fax.   512-623-7729

**ATTORNEYS FOR PLAINTIFFS**

...

## CERTIFICATE OF SERVICE

  By my signature below, I certify that a true and correct copy of the above and foregoing legal instrument filed with the clerk for the U.S. District Clerk, Northern District of Texas, using the Electronic Case Filing system of the Court, has been forwarded on April 12, 2017 to:

**VIA EMAIL**
Grant D. Blaies
James W. Hryekewicz
Jennifer Holland Litke
BLAIES & HIGHTOWER, LLP
777 Main Street
Fort Worth, TX 76102
*Attorney for Defendants*

           */s/ Greg Allen*
           GREG ALLEN

# EXHIBIT "A"