IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

NANCY MORROW, *et al.*, )
)
Plaintiffs, )
)
v. )
)
EASTLAND COUNTY, TEXAS, )
)
Defendant. ) Civil Action No. 1:16-CV-118-C-BL

## **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that Defendant's Amended Motion for Summary Judgment should be granted as to all remaining claims. Plaintiffs timely filed objections to the Magistrate Judge's Recommendations on June 24, 2019.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration, the Court finds that Plaintiffs' objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendant's Amended Motion for

Summary Judgment is hereby **GRANTED** on all remaining claims asserted in the above-styled and -numbered civil action. The Court shall enter judgment on even date.

SO ORDERED this 26th day of June, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE